290 F.2d 823
 61-2 USTC P 9552
 UNITED STATES of America, Appellant,
v.
Dorrance D. RODERICK and wife, Olga B. Roderick, Appellees.
 No. 18211.
 United States Court of Appeals Fifth Circuit.
 June 16, 1961.
 
 John B. Jones, 1st Asst. Atty. Gen., Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Atty., Washington, D.C., Russell B. Wine, U.S. Atty., San Antonio, Tex., Louis F. Oberdorfer, Asst. Atty. Gen., John B. Jones, Jr., Harry Baum, Gilbert, E. Anderws, Jr., Attorneys, Department of Justice, Washington, D.C., Lawrence L. Fuller, Asst. U.S. Atty., El Paso, Tex., for appellant.
 James S. Moore, R. H. Feuille, El Paso, Tex., Scott, Hulse, Marshall & Feuille, El. Paso, Tex., for appellees.
 Before HUTCHESON, RIVES and WISDOM, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment is reversed with directions to enter judgment for the defendant. See Knetsch v. United States, 1960, 364 U.S. 361, 81 S.Ct. 132, 5 L.Ed.2d 128; Weller v. C.I.R., 3 Cir., 1959, 270 F.2d 294.
 
 
 2
 Reversed with directions.